IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION 2

GENERAL ELECTRIC CAPITAL
CORPORATION                                                                                  PLAINTIFF

v.                              CASE NO. 2:08-CV-0042 BSM

HOUSE MANUFACTURING
COMPANY, INC. and
BARRY L. HOUSE                                                                              DEFENDANTS

## CONSENT ORDER FOR DELIVERY OF PROPERTY

It appearing to the Court that the parties to the above-styled cause consent to the issuance of the

Order for Delivery of the Property in this cause, "the Property" being described as:

   A.   one (1) Whitney M3400 RTC 1525 MM Fabricating Center w/ GE CNC Control, Serial Number 680-850-43444;

   B.   one (1) Fisher PTR-365 Controlled Pyrolysis Furnace w/ Chimney, Damper and Regulator, Serial Number 4564;

   C.   one (1) Monarch 750 Production Machining Center w/ Accessories, Serial Number 96723;

   D.   one (1) Monarch 1996 V750 Production Machining Center and Accessories, Serial Number 96703;

   E.   one (1) Fisher S2 Quick Load Servo w/ Quick Load Pusher 6 and Quick Load Pusher 25;

   F.   one (1) Monarch Metalist 1A Lathe w/ Accessories, Serial Number S4351;

   G.   one (1) Strippit Machine Tool w/ Accessories, Serial Number 25788;

   H.   one (1) Monarch Machine Tool w/ Accessories, Serial Number VMC175B15MB;

   I.   one (1) ARC Automation Robotic Welding System, Serial Number 14-05258

J.   two (2) Kurt Manufacturing Booster;

K.   two (2) Kurt Manufacturing DLH-800 Double Lock Hydraulic Vise

L.   two (2) Wagner Powder Systems E-24D Sieves, Serial Numbers 12891 and 12893;

M.   two (2) Bama Slat Conveyor, Serial Numbers 001759 and 001760;

N.   one (1) Monarch 2000 Predator TP12L-MC Lathe w/ 12 Station VD1 Indexing Turret and Accessories, Serial Number 60002;

O.   one (1) LNS 2000 S2 Quick Load Servo 5" to 63" Bar Feeder, Serial Number 300870;

P.   one (1) Cemco 2000 2137-SE Upper Single Head Sander, Serial Number JR-1171;

Q.   one (1) Stanley 2000 AS/RS Powerdrawer II System;

R.   one (1) Aryma 2001 KS3-1000 Circular Shear, Serial Number 43540;

S.   one (1) Liburdi 2001 SMR-60 Longitudinal Seam Welder, Serial Number SMR-60-01;

T.   one (1) ARC 2001 CW-500-120 Welding Lathe including all components and attachments, Serial Number 120201;

U.   one (1) International 2002 4300 Cab and Chassis, Serial Number 1HTMMAAL22H413680;

V.   one (1) BSI 2002 A2 85.1 Articulated Crane w/ Radio, Serial Number 85.1 102670; and

W.   one (1) freight and installation of crane.

The estimated values of the Property are stated in the attached Unsworn Declaration of R.F.

"Casey" Mulqueen

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Cross County Sheriff is directed to take the Property, described above, and deliver it to Plaintiff, General Electric Corporation, and to make return of the Order on June 30, 2008.

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE

DATE:   June 13, 2008