IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GENERAL ELECTRIC CAPITAL CORPORATION                                PLAINTIFF

vs.                              NO: 2:08CV00042BSM

HOUSE MANUFACTURING COMPANY, INC., ET AL.                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date plaintiff, General Electric Capital Corporation, shall recover from defendants, House Manufacturing Company, Inc. and Barry L. House jointly and severally, as follows:

1.   Damages in the amount $1,234,305.08, plus pre-judgment interest on that amount at the rate of ten (10) percent, from the date of default until the entry of judgment.

2.   Attorneys' fees and costs in the amount of $18,620.77.

3.   Post-judgment interest on the judgment amount at the statutory rate from the date of judgment until judgment is satisfied.

It is FURTHER ORDERED that plaintiff have all writs of execution and other process necessary to enforce this judgment.

IT IS SO ORDERED this 28th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE